NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| PLYMOUTH COUNTY CONTRIBUTORY RETIREMENT SYSTEM, | : : : : | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | : : | **ORDER** |
| v. | : : | Civil Action No. 08-1022 (DMC) (JAD) |
| FRED HASSAN, et al., | : : | |
| Defendants. | : | |

DENNIS M. CAVANAUGH, U.S.D.J.

      This matter having come before the Court upon the Motions of Plaintiff Plymouth County Contributory Retirement System ("Plaintiff") for Final Approval of the Proposed Settlement and for an Award of Attorneys' Fees consistent with the provisions set forth in the Stipulation of Settlement (ECF No. 143), and the Court having considered the submissions of the parties, and based upon the fairness hearing conducted before the Court on February 28, 2012, and upon the Court's Opinion filed this day;

      IT IS this   28th   day of February, 2012

      **ORDERED** that Plaintiff's Motion for Final Approval of the Settlement Agreement is **granted**; and it is further

      **ORDERED** that Plaintiff's Motion for an Award of Attorneys' Fees is **granted**; and it is further

**ORDERED** that Plaintiff's request for permission to pay incentive fees to the representative Plaintiffs is **approved**.

S/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

| | |
|---|---|
| Orig.: | Clerk |
| cc: | All Counsel of Record |
| | Hon. Joseph A. Dickson, U.S.M.J. |
| | File |